# United States Bankruptcy Court

Northern District of Illinois
**Case No. 12–45511**
**Chapter 7**

In re: Debtors (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Anthony P. Kovanic Jr.<br>aka Tony Kovanic, aka Anthony Kovanic<br>1540 N. LaSalle, #1504<br>Chicago, IL 60610 | Caryn M. Kovanic<br>1540 N. LaSalle, #1504<br>Chicago, IL 60610 |

Social Security / Individual Taxpayer ID No.:
   xxx–xx–1900                                                  xxx–xx–2881

Employer Tax ID / Other nos.:

## DISCHARGE OF JOINT DEBTORS

It appearing that the debtors are entitled to a discharge, **IT IS ORDERED:** The debtors are granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

FOR THE COURT

Dated: May 7, 2014                                                                  Jeffrey P. Allsteadt, Clerk
                                                                                             United States Bankruptcy Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

## EXPLANATION OF BANKRUPTCY DISCHARGE
## IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Northern District of Illinois

```
In re:                                                           Case No. 12-45511-JBS
Anthony P. Kovanic Jr.                                           Chapter 7
Caryn M. Kovanic
        Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: dwilliams              Page 1 of 2              Date Rcvd: May 07, 2014
                              Form ID: b18                 Total Noticed: 13
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 09, 2014.
db/jdb      +Anthony P. Kovanic Jr.,    Caryn M. Kovanic,    1540 N. LaSalle, #1504,    Chicago, IL 60610-6302
aty         +Rachael D. Stern,    53 West Jackson Boulevard,    Suite 1442,    Chicago, IL 60604-3536
19755680    +Codilis & Associates,    Wells Fargo Bank,   15W030 N. Frontage Rd.Ste100,
              Burr Ridge, IL 60527-6921
19755682    +Darlene Ulickey as Trustee of,    Anna C Kovanic Trust 10/14/93,,    Ross Zambon Esq, Sulaiman Law,
              Group Ltd 900 Jorie Blvd. 150,    Oak Brook, IL 60523-3810
21859141     Illinois Department of Revenue,    Bankruptcy Section,    PO Box 64338,   Chicago IL 60664-0338
19755681    +LaSalle Terrace Condo. Assoc.,    P.O. Box 66757,    Chicago, IL 60666
19755686    +Sandy Isaacson,    180 N. LaSalle St. Ste. 3700,    Chicago, IL 60601-2809
19704224    +Wells Fargo Bank,    c/o Codilis & Associates,    15W030 North Frontage Road, #100,
              Burr Ridge, IL 60527-6921

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr          +EDI: QBACHATZ.COM May 08 2014 00:08:00     Barry A Chatz,    Arnstein & Lehr,
              120 South Riverside Plaza Ste 1200,    Chicago, IL 60606-3910
19755685     EDI: TSYS2.COM May 08 2014 00:08:00      Bloomingdales American Exp.,    P.O. Box 183084,
              Columbus, OH 43218-3084
19755683    +EDI: CHASE.COM May 08 2014 00:08:00      Chase Card Services,    P.O. Box 15298,
              Wilmington, DE 19850-5298
19755684     EDI: TSYS2.COM May 08 2014 00:08:00      Macys American Express,    P.O. Box 183084,
              Columbus, OH 43218-3084
20200808     EDI: ECAST.COM May 08 2014 00:08:00      eCAST Settlement Corporation, assignee,
              of Chase Bank USA, N.A.,    POB 29262,    New York, NY 10087-9262
                                                                                              TOTAL: 5

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20414338*     eCAST Settlement Corporation, assignee,    of Chase Bank USA, N.A.,    POB 29262,
              New York, NY 10087-9262
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 09, 2014                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 7, 2014 at the address(es) listed below:
              Barry A Chatz    bachatz@arnstein.com,
               bchatz@ecf.epiqsystems.com;jbmedziak@arnstein.com;blsutton@arnstein.com;irsiabc@aol.com
              Christina M Riepel    on behalf of Trustee Barry A Chatz gstern2@flash.net
              Daniel M Moulton    on behalf of Defendant Anthony P Kovanic, Jr rachelrock@sbcglobal.net
              Daniel M Moulton    on behalf of Defendant Caryn M Kovanic rachelrock@sbcglobal.net
              Daniel M Moulton    on behalf of Debtor Anthony P. Kovanic Jr. rachelrock@sbcglobal.net
              Daniel M Moulton    on behalf of Joint Debtor Caryn M. Kovanic rachelrock@sbcglobal.net
              Gregory K Stern    on behalf of Trustee Barry A Chatz gstern1@flash.net,
               steve_horvath@ilnb.uscourts.gov
              Jose G Moreno    on behalf of Creditor    WELLS FARGO BANK, NA nd-one@il.cslegal.com
              Mohammed O Badwan    on behalf of Creditor Darlene   Ulickey mbadwan@sulaimanlaw.com,
               mbadwan@sulaimanlaw.com;courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.co
               m;SulaimanLaw@BestClientInc.com;sulaiman.igotnotices@gmail.com
              Mohammed O Badwan    on behalf of Plaintiff Darlene   Ulickey mbadwan@sulaimanlaw.com,
               mbadwan@sulaimanlaw.com;courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.co
               m;SulaimanLaw@BestClientInc.com;sulaiman.igotnotices@gmail.com
              Monica C O'Brien    on behalf of Trustee Barry A Chatz gstern1@flash.net
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Paul M Bach    on behalf of Plaintiff Darlene  Ulickey ecfbach@gmail.com,
               ECFNotice@sulaimanlaw.com;Courtinfo@Sulaimanlaw.com;bkycourtinfo@gmail.com;Paul@BachOffices.com;m
               badwan@sulaimanlaw.com;bkycourtinfo@gmail.com;sulaiman.igotnotices@gmail.com
```

Case 12-45511    Doc 73    Filed 05/07/14    Entered 05/09/14 23:35:25    Desc Imaged
                         Certificate of Notice    Page 4 of 4

```
District/off: 0752-1           User: dwilliams              Page 2 of 2              Date Rcvd: May 07, 2014
                               Form ID: b18                 Total Noticed: 13
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        Paul M Bach    on behalf of Creditor Darlene  Ulickey ecfbach@gmail.com,
         ECFNotice@sulaimanlaw.com;Courtinfo@Sulaimanlaw.com;bkycourtinfo@gmail.com;Paul@BachOffices.com;mbadwan@sulaimanlaw.com;bkycourtinfo@gmail.com;sulaiman.igotnotices@gmail.com
                                                                         TOTAL: 14